SOLOMON SIMON ET AL., APPELLANTS, v. PETER O'TOOLE ET AL., RESPONDENTS.

Argued October 28, 1931—Decided February 1, 1932.

For the appellants, *Merritt Lane.*

For the respondents, *Frank A. Boettner, Frederick H. Groel* and *Charles B. Bradley.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—The Chief Justice, Campbell, Lloyd, Bodine, Dear, Wells, JJ. 6.

*For reversal*—Parker, Case, Van Buskirk, Kays, Hetfield, JJ. 5.